UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Allen Pyron,<br><br>  Plaintiff,<br><br>v.<br><br>Shireen Gandhi, Commissioner of the Minnesota Department of Human Services; Nancy Johnston, Chief Executive Officer; Ann Linkert-Korhonen, Assistant Director; Terrance Kneisel, Facility Director; Cory Vargason, Security Director; Charles Fai, Clinical Supervisor; Matthew Sarberg, Officer of the Day; Jordan Goodman, Complex Program Manager; Phil Olson, Complex Unit 1C Unit Director; Paul Mayfield, Senior Clinician; Leslie Norsted, Chair (Attorney); Hugh Aylward, Board Member/Psychologist; Allen Garber, Public; Douglas Latuseck; John Doe; and John Doe, sued in their individual (personal) and official capacities,<br><br>  Defendant. | Case No. 25-CV-1059 (KMM/DJF)<br><br>**ORDER OF SERVICE** |

IT IS HEREBY ORDERED THAT:

1. The application to proceed *in forma pauperis* of Allen Pyron (ECF No. 2) is GRANTED.

2. The Clerk of Court is directed to send to the email account designated by the Minnesota Attorney General's Office: (1) a Notice of Electronic Filing notifying the State of Minnesota that this lawsuit has been filed and that *in*

*forma pauperis* status has been granted; and (2) a copy of the operative pleading in this matter (ECF No. 1).

3. Within 30 days of this order's date, the Minnesota Attorney General's Office is directed to file a "Waiver of Service Executed" form with respect to the following defendants: Shireen Gandhi, Nancy Johnston, Ann Linkert-Korhonen, Terrance Kneisel, Cory Vargason, Charles Fai, Matthew Sarberg, Jordan Goodman, Phil Olson, Paul Mayfield, Leslie Norsted, Hugh Aylward, Allen Garber, and Douglas Latuseck; except that if any such defendant does not waive service, the Minnesota Attorney General's Office shall file a statement identifying those defendants for whom service of process is not being waived.

Dated: June 3, 2025                              *s/ Dulce J. Foster*
                                                 Dulce J. Foster
                                                 United States Magistrate Judge